# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

21647 LLC,

                Plaintiff,                              21 **CIVIL** 4761 (ER)

      -against-                            **JUDGMENT**

DEUTSCHE NATIONAL TRUST COMPANY,
AS INDENTURE TRUSTEE FOR NEW
CENTURY HOME EQUITY LOAN TRUST
2005-3,

                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2022, Plaintiff's motion for summary judgment is DENIED, and Deutsche's motion for summary judgment is GRANTED; accordingly, the case is closed.

Dated: New York, New York
          September 30, 2022

                                                  **RUBY J. KRAJICK**

                                                   Clerk of Court

                               **BY:**

                                                    **Deputy Clerk**